DECISIONS PER CURIAM, FROM MARCH 4, 1918, TO MAY 6, 1918, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 489. GLASGOW NAVIGATION COMPANY, LTD., APPELLANT, *v.* MUNSON STEAMSHIP LINE. Appeal from the United States Circuit Court of Appeals for the Second Circuit. Motion to dismiss or affirm submitted February 4, 1918. Decided March 4, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) § 128, Judicial Code; *Oregon Ry. & Nav. Co.* v. *Balfour,* 179 U. S. 55. See *Macfadden* v. *United States,* 213 U. S. 288; *Chott* v. *Ewing,* 237 U. S. 197. (2) § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, § 6, c. 448, 39 Stat. 726. See *Glasgow Nav. Co., Ltd.,* v. *Munson S. S. Co.,* 243 U. S. 643. *Mr. J. Parker Kirlin, Mr. John M. Woolsey* and *Mr. Cletus Keating* for appellant. *Mr. John W. Griffin* for appellee.

No. 179. FORD MOTOR COMPANY, APPELLANT, *v.* JOHN S. CHAMBERS, AS CONTROLLER OF THE STATE OF CALIFORNIA, ET AL. Appeal from the District Court of the United States for the Northern District of California. Argued February 1, 1918. Decided March 4, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *Arkansas Building & Loan Association* v. *Madden,* 175 U. S. 269; *Boise Artesian Water Co.* v. *Boise City,* 213 U. S. 276; *Singer Sewing Machine Co.* v. *Benedict,* 229 U. S. 481. *Mr. W. F. Williamson, Mr. Alfred Lucking* and *Mr. L. B. Robertson* for appellant. *Mr. U. S. Webb* and *Mr. Raymond Benjamin,* for appellees, submitted.